United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 4, 2003**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 02-60543
Summary Calendar

BALBIR SINGH,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

------------------------------------------------------------
Petition for Review of an Order of the
Board of Immigration Appeals
A72 408 279
------------------------------------------------------------

Before JONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM:[*]

　　Balbir Singh has filed a petition for review of a final order of the Board of Immigration

Appeals ("BIA") affirming the denial of Singh's motion to reopen his deportation proceeding. Singh

was ordered deported *in absentia* on May 7, 1993, when he failed to appear for his deportation

hearing. Singh argues that he failed to receive notice of the removal hearing.

---

　　[*]

　　Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published
and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and the briefs submitted by the parties and hold that the BIA did not abuse its discretion in denying the motion to reopen.  See Lara v. Trominski, 216 F.3d 487, 496 (5th Cir. 2000); United States v. Estrada-Trochez, 66 F.3d 733, 735-36 (5th Cir. 1995). Accordingly, Singh's petition for review is DENIED.

PETITION DENIED.